ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

KEVIN GARRISON,

        Defendant.

No. 22-MJ-4225 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Government's ex parte request dated May 13, 2022, for an order staying Judge Katharine H. Parker's May 12, 2022 order, releasing Kevin Garrison from custody upon satisfaction of his bail conditions, pending the Government's appeal of that order, which will occur on Friday, May 20, 2022, at 9:30 a.m.

    Based on the allegations in the Complaint dated May 12, 2022, on December 22, 2021, Mr. Garrison sold to an undercover law enforcement officer (the "UC") 147.5 grams of cocaine, and on May 12, 2022, the UC observed approximately two kilograms of cocaine in Mr. Garrison's residence while conducting a pre-arranged narcotics transaction. Approximately two hours later, Mr. Garrison's wife consented to law enforcement officers' searching Mr. Garrison's residence wherein officers recovered, among other things, "500 grams of suspected crack cocaine, a black handgun, two magazines, loose bullets, a firearm holster,

1

and a shopping bag full of cash banded together in a manner consistent with narcotics trafficking and distribution." Based on these allegations, the Court finds that Mr. Garrison poses a risk of engaging in narcotics trafficking and a danger to the community if released on bail. Accordingly, the Government's request to stay Judge Parker's order pending a decision on the appeal of that order is granted.

**SO ORDERED.**

Dated:   May 13, 2022
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge